# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISON

UNITED STATES OF AMERICA
Plaintiff

v.

TRAVIS ROBERT LARSON
Defendant

CASE NUMBER: 7-25-CR-00019-O

JUDGE: REED OCONNOR

## NOTICE OF APPEAL

Notice is hereby given that **TRAVIS ROBERT LARSON** (Appellant's Name) appeals to the United States Court of Appeals for the Fifth Circuit from the **Conviction and sentence.** (conviction and sentence); (sentence only); (order);(judgment) entered in this action on **02/27/2026** (Date)

Date: 03/01/2026

Attorney/Pro Se Litigant Signature: /s/ Robert Gene Estrada
Print Name: Robert Gene Estrada
Address: 1302 14th St,
City, State, Zip: Wichita Falls, Texas 76301-4561
Telephone: 9407823854